LAURIE E. SHERWOOD, State Bar No. 155312
lsherwood@wfbm.com
ALEX F. PEVZNER, State Bar No. 221606
apevzner@wfbm.com
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258

Attorneys for Defendant
AGA SERVICE COMPANY (erroneously sued as ACCESS AMERICA, MONDIAL ASSISTANCE, WORLD ACCESS SERVICES CORP., BCS INSURANCE COMPANY, and ALLIANZ INSURANCE ) and JEFFERSON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT JEFFREY BOWEN,<br><br>Plaintiff,<br><br>vs.<br><br>ACCESS AMERICA; MONDIAL ASSISTANCE; WORLD ACCESS SERVICES CORP.; BCS INSURANCE COMPANY; JEFFERSON INSURANCE COMPANY; ALLIANZ INSURANCE; AGA SERVICE COMPANY; DOES 1-100,<br><br>Defendants. | Case No. 3:12-cv-03083-MMC<br><br>**JOINT STIPULATION REGARDING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED AND/OR A MOTION FOR A MORE DEFINITE STATEMENT; [PROPOSED] ORDER** |

1. Defendants AGA Service Company (erroneously sued as Access America, Mondial Assistance, World Access Service Corp., BCS Insurance Company, and Allianz Insurance) and Jefferson Insurance Company (collectively "Defendants") will be filing a Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and/or a Motion for a More Definite Statement under Federal Rule 12(e) of the Federal Rules of Civil Procedure (collectively "Motion to Dismiss").

2. Plaintiff's counsel will be out of the country and unavailable between July 17, 2012 and August 22, 2012.

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

2031202.1
3664-3.2898

-1-
Case No. 3:12-cv-03083-MMC
JOINT STIPULATION REGARDING DEFENDANTS' MOTION TO DISMISS

3. In light of the unavailability, and at the request of Plaintiff's counsel, the parties, by and through their counsel of record, have stipulated to the following briefing and hearing schedule on Defendants' Motion to Dismiss:

Last day to file Motion to Dismiss: August 1, 2012;

Last day to file Plaintiff's Opposition: September 11, 2012;

Last day to file Reply to Plaintiff's Opposition: September 18, 2012; and

Hearing on Defendants' Motion to Dismiss: October 5, 2012.

4. Since Defendants' Motion to Dismiss will not be heard until October 5, 2012, the parties also request a continuance of the September 21, 2012 Case Management Conference to October 5, 2012.

**IT IS SO STIPULATED.**

Dated: July 12, 2012          LAW OFFICES OF JOEL H. SIEGAL

By: _____
JOEL H. SIEGAL
Attorney for Plaintiff Clint Jeffrey Bowen

Dated: July ___, 2012         WALSWORTH FRANKLIN BEVINS & McCALL, LLP

By: _____
LAURIE E. SHERWOOD
ALEX F. PEVZNER
Attorneys for Defendant
AGA SERVICE COMPANY (erroneously sued as ACCESS AMERICA, MONDIAL ASSISTANCE, WORLD ACCESS SERVICES CORP., BCS INSURANCE COMPANY, and ALLIANZ INSURANCE) and JEFFERSON INSURANCE COMPANY

Walsworth, Franklin, Bevins & McCall, LLP
ATTORNEYS AT LAW
2031202.1
3664-3.2898

07/12/2012 07:47  4157775247  JOEL SIEGAL  PAGE 03/04

3.   In light of the unavailability, and at the request of Plaintiff's counsel, the parties, by and through their counsel of record, have stipulated to the following briefing and hearing schedule on Defendants' Motion to Dismiss:

Last day to file Motion to Dismiss: August 1, 2012;

Last day to file Plaintiff's Opposition: September 11, 2012;

Last day to file Reply to Plaintiff's Opposition: September 18, 2012; and

Hearing on Defendants' Motion to Dismiss: October 5, 2012.

4.   Since Defendants' Motion to Dismiss will not be heard until October 5, 2012, the parties also request a continuance of the September 21, 2012 Case Management Conference to October 5, 2012.

**IT IS SO STIPULATED.**

Dated: July    , 2012          LAW OFFICES OF JOEL H. SIEGAL

By: _____
JOEL H. SIEGAL
Attorney for Plaintiff Clint Jeffrey Bowen

Dated: July 12, 2012          WALSWORTH FRANKLIN BEVINS & McCALL, LLP

By: _____
LAURIE E. SHERWOOD
ALEX F. PEVZNER
Attorneys for Defendant
AGA SERVICE COMPANY (erroneously sued as ACCESS AMERICA, MONDIAL ASSISTANCE, WORLD ACCESS SERVICES CORP., BCS INSURANCE COMPANY, and ALLIANZ INSURANCE) and JEFFERSON INSURANCE COMPANY

ATTORNEYS AT LAW

-2-
Case No. 3:12-cv-03083-MMC
JOINT STIPULATION REGARDING DEFENDANTS' MOTION TO DISMISS

2031202.1
3664-3.2898

## ORDER

Upon consideration of the parties' stipulation and request to set a briefing schedule on Defendants' AGA Service Company's and Jefferson Insurance Company's Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and/or a Motion for a More Definite Statement under Federal Rule 12(e) of the Federal Rules of Civil Procedure, and good cause appearing, the Court sets the following briefing schedule:

(1) Defendants' Motion to Dismiss and/or Motion for a More Definitive Statement shall be filed by August 1, 2012;

(2) Plaintiff's Opposition to Defendants' Motion to Dismiss and/or Motion for a More Definitive Statement shall be filed by September 11, 2012;

(3) Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss and/or Motion for a More Definitive Statement shall be filed by September 18, 2012;

(4) The hearing on Defendants' Motion to Dismiss and/or Motion for a More Definitive Statement will be set for October 5, 2012, at 9:00 a.m.

(5) The September 21, 2012 Case Management Conference shall be continued to ~~October 5, 2012~~ November 9, 2012, at 10:30 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Date: July 13, 2012

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

2031202.1
3664-3.2898

-3-
Case No.  3:12-cv-03083-MMC
JOINT STIPULATION REGARDING DEFENDANTS' MOTION TO DISMISS