IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT JEFFREY BOWEN,<br><br>   Plaintiff,<br><br>   v.<br><br>ACCESS AMERICA, et al.,<br><br>   Defendants.<br>_____ / | No. C 12-3083 MMC<br><br>**ORDER VACATING OCTOBER 5, 2012 HEARING ON DEFENDANTS' MOTION TO DISMISS** |

   Before the Court is AGA Service Company and Jefferson Insurance Company's (collectively, "defendants") motion, filed August 1, 2012, to dismiss plaintiff Clint Jeffrey Bowen's First Amended Complaint ("FAC"), to strike the prayer for exemplary damages, and, in the alternative, for a more definite statement.  Bowen has filed opposition to the motion, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for October 5, 2012.

   **IT IS SO ORDERED.**

Dated: October 2, 2012

_____
MAXINE M. CHESNEY
United States District Judge