**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT JEFFREY BOWEN, | No. C 12-3083 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ACCESS AMERICA, et al., | |
| Defendants. | |

Before the Court is AGA Service Company and Jefferson Insurance Company's (collectively, "defendants") motion, filed October 29, 2012, to dismiss certain causes of action from the complaint and to strike the prayer for exemplary damages, which motion is noticed for hearing December 7, 2012. The Case Management Conference is currently scheduled for November 9, 2012.

As the matters to be addressed at the Case Management Conference will depend on the disposition of defendants' motion, the Case Management Conference is hereby CONTINUED to February 8, 2013.

**IT IS SO ORDERED.**

Dated: November 1, 2012

MAXINE M. CHESNEY
United States District Judge