IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT JEFFREY BOWEN,<br><br>    Plaintiff,<br><br>  v.<br><br>ACCESS AMERICA, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-3083 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

      On November 20, 2012, defendants AGA Service Company and Jefferson Insurance Company (collectively, "defendants") electronically filed the following three documents: "Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss," "Objections to the Declaration of Alexander Anolik," and "Objections to Plaintiff's Request for Judicial Notice." Defendants have violated the Civil Local Rules of this District and the Court's standing orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      Defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting chambers copIES of the above-referenced documents. Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely

1  provided to the Court.
2  **IT IS SO ORDERED.**
3
4  Dated: November 27, 2012

                                          MAXINE M. CHESNEY
5                                            United States District Judge