IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT JEFFREY BOWEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACCESS AMERICA, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 12-3083 MMC<br><br>**ORDER VACATING DECEMBER 7, 2012 HEARING ON DEFENDANTS' MOTION TO DISMISS** |

　　　Before the Court is AGA Service Company and Jefferson Insurance Company's (collectively, "defendants") motion, filed October 29, 2012, to dismiss plaintiff Clint Jeffrey Bowen's First Amended Complaint and to strike the punitive damages claim.  Plaintiff has filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for December 7, 2012.

　　　**IT IS SO ORDERED.**

Dated: December 3, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge