LAURIE E. SHERWOOD, State Bar No. 155312
lsherwood@wfbm.com
ALEX F. PEVZNER, State Bar No. 221606
apevzner@wfbm.com
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:  (415) 781-7072
Facsimile:  (415) 391-6258

Attorneys for Defendant
AGA SERVICE COMPANY (erroneously sued as ACCESS AMERICA, MONDIAL ASSISTANCE, WORLD ACCESS SERVICES CORP., BCS INSURANCE COMPANY, and ALLIANZ INSURANCE ) and JEFFERSON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT JEFFREY BOWEN,<br><br>Plaintiff,<br><br>vs.<br><br>ACCESS AMERICA; MONDIAL ASSISTANCE; WORLD ACCESS SERVICES CORP.; BCS INSURANCE COMPANY; JEFFERSON INSURANCE COMPANY; ALLIANZ INSURANCE; AGA SERVICE COMPANY; DOES 1-100,<br><br>Defendants. | Case No. 3:12-cv-03083-MMC<br><br>**JOINT STIPULATION TO CONTINUE THE FEBRUARY 8, 2013 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1.  On January 14, 2013, defendants AGA Service Company (erroneously sued as Access America, Mondial Assistance, World Access Service Corp., BCS Insurance Company, and Allianz Insurance) and Jefferson Insurance Company (collectively "Defendants") filed a Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Motion to Dismiss"). The hearing on the Motion to Dismiss is set for February 22, 2013.

2.  Pursuant to the Court's November 1, 2012 Order Continuing Case Management Conference, the Case Management Conference is set for February 8, 2013.

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

-1-
Case No. 3:12-cv-03083-MMC
JOINT STIPULATION TO CONTINUE THE FEBRUARY 8, 2013 CASE MANAGEMENT CONFERENCE;
2270615.1
3664-3.2898

3. As the matters to be addressed at the Case Management Conference will depend on the disposition of defendants' Motion to Dismiss, the parties believe it would be productive to continue the Case Management Conference to a date following the Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: January    , 2013            LAW OFFICES OF JOEL H. SIEGAL

By: _____
JOEL H. SIEGAL
Attorney for Plaintiff Clint Jeffrey Bowen

Dated: ~~January~~ February 04, 2013            WALSWORTH FRANKLIN BEVINS & McCALL, LLP

By: _____
LAURIE E. SHERWOOD
ALEX F. PEVZNER
Attorneys for Defendant
AGA SERVICE COMPANY (erroneously sued as ACCESS AMERICA, MONDIAL ASSISTANCE, WORLD ACCESS SERVICES CORP., BCS INSURANCE COMPANY, and ALLIANZ INSURANCE) and JEFFERSON INSURANCE COMPANY

3. As the matters to be addressed at the Case Management Conference will depend on the disposition of defendants' Motion to Dismiss, the parties believe it would be productive to continue the Case Management Conference to a date following the Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: January ~~January~~ Feb 4, 2013

LAW OFFICES OF JOEL H. SIEGAL

By: _____
JOEL H. SIEGAL
Attorney for Plaintiff Clint Jeffrey Bowen

Dated: January , 2013

WALSWORTH FRANKLIN BEVINS & McCALL, LLP

By: _____
LAURIE E. SHERWOOD
ALEX F. PEVZNER
Attorneys for Defendant
AGA SERVICE COMPANY (erroneously sued as ACCESS AMERICA, MONDIAL ASSISTANCE, WORLD ACCESS SERVICES CORP., BCS INSURANCE COMPANY, and ALLIANZ INSURANCE) and JEFFERSON INSURANCE COMPANY

Walsworth, Franklin, Bevins & McCall, LLP
ATTORNEYS AT LAW

-2-
Case No. 3:12-cv-03083-MMC
JOINT STIPULATION TO CONTINUE THE FEBRUARY 8, 2013 CASE MANAGEMENT CONFERENCE;
2270615.1
3664-3.2898

02/04/2013 08:00 4157775247 JOEL SIEGAL PAGE 02/03

## ORDER

Upon consideration of the parties' stipulation and request to continue the February 8, 2013 Case Management Conference, and finding that the matters to be addressed at the Case Management Conference will depend on the disposition of defendants' Motion to Dismiss, the Case Management Conference is hereby continued to _____ March 29 _____, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: February 5, 2013

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

-3-

Case No. 3:12-cv-03083-MMC
JOINT STIPULATION TO CONTINUE THE FEBRUARY 8, 2013 CASE MANAGEMENT CONFERENCE;
2270615.1
3664-3.2898