1  LAURIE E. SHERWOOD, State Bar No. 155312
   lsherwood@wfbm.com
2  ALEX F. PEVZNER, State Bar No. 221606
   apevzner@wfbm.com
3  WALSWORTH FRANKLIN BEVINS & McCALL, LLP
   601 Montgomery Street, Ninth Floor
4  San Francisco, California 94111-2612
   Telephone:  (415) 781-7072
5  Facsimile:   (415) 391-6258

6  Attorneys for Defendant
   AGA SERVICE COMPANY (erroneously sued as ACCESS
7  AMERICA, MONDIAL ASSISTANCE, WORLD ACCESS
   SERVICES CORP., BCS INSURANCE COMPANY, and
8  ALLIANZ INSURANCE ) and JEFFERSON INSURANCE
   COMPANY

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12

13  CLINT JEFFREY BOWEN,                    Case No. 3:12-cv-03083-MMC

14            Plaintiff,                    **JOINT STIPULATION TO CONTINUE
                                            THE FEBRUARY 8, 2013 CASE**
15       vs.                               **MANAGEMENT CONFERENCE;**
                                           **[PROPOSED]** ORDER
16  ACCESS AMERICA; MONDIAL
    ASSISTANCE; WORLD ACCESS SERVICES
17  CORP.; BCS INSURANCE COMPANY;
    JEFFERSON INSURANCE COMPANY;
18  ALLIANZ INSURANCE; AGA SERVICE
    COMPANY; DOES 1-100,
19
              Defendants.
20

21        1.     On January 14, 2013, defendants AGA Service Company (erroneously sued as

22  Access America, Mondial Assistance, World Access Service Corp., BCS Insurance Company, and

23  Allianz Insurance) and Jefferson Insurance Company (collectively "Defendants") filed a Motion to

24  Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of

25  Civil Procedure ("Motion to Dismiss").  The hearing on the Motion to Dismiss is set for February

26  22, 2013.

27        2.     Pursuant to the Court's November 1, 2012 Order Continuing Case

28  Management Conference, the Case Management Conference is set for February 8, 2013.

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

-1-
Case No.  3:12-cv-03083-MMC
JOINT STIPULATION TO CONTINUE THE FEBRUARY 8, 2013 CASE MANAGEMENT CONFERENCE;
2270615.1
3664-3.2898

1    3.   As the matters to be addressed at the Case Management Conference will
2  depend on the disposition of defendants' Motion to Dismiss, the parties believe it would be
3  productive to continue the Case Management Conference to a date following the Motion to
4  Dismiss.

5    **IT IS SO STIPULATED.**

6

7  Dated: January      , 2013           LAW OFFICES OF JOEL H. SIEGAL

8

9                                       By: _____
                                             JOEL H. SIEGAL
10                                           Attorney for Plaintiff Clint Jeffrey Bowen

11  Dated: January  /  , 2013           WALSWORTH FRANKLIN BEVINS & McCALL, LLP

12

13                                      By: _____
14                                           LAURIE E. SHERWOOD
                                             ALEX F. PEVZNER
15                                           Attorneys for Defendant
                                             AGA SERVICE COMPANY (erroneously sued as
16                                           ACCESS AMERICA, MONDIAL ASSISTANCE,
                                             WORLD ACCESS SERVICES CORP., BCS
17                                           INSURANCE COMPANY, and ALLIANZ
                                             INSURANCE) and JEFFERSON INSURANCE
18                                           COMPANY

19

20

21

22

23

24

25

26

27

28

-2-
Case No.  3:12-cv-03083-MMC
JOINT STIPULATION TO CONTINUE THE FEBRUARY 8, 2013 CASE MANAGEMENT CONFERENCE;
2270615.1
3664-3.2898

1        3.    As the matters to be addressed at the Case Management Conference will

2    depend on the disposition of defendants' Motion to Dismiss, the parties believe it would be

3    productive to continue the Case Management Conference to a date following the Motion to

4    Dismiss.

5        **IT IS SO STIPULATED.**

6

7    Dated: January   , 2013      LAW OFFICES OF JOEL H. SIEGAL

       Feb 4

8

9                       By: _____

10                       JOEL H. SIEGAL
                    Attorney for Plaintiff Clint Jeffrey Bowen

11

12   Dated: January  , 2013      WALSWORTH FRANKLIN BEVINS & McCALL, LLP

13

14                      By: _____
                    LAURIE E. SHERWOOD

15                       ALEX F. PEVZNER
                    Attorneys for Defendant

16                       AGA SERVICE COMPANY (erroneously sued as
                    ACCESS AMERICA, MONDIAL ASSISTANCE,

17                       WORLD ACCESS SERVICES CORP., BCS
                    INSURANCE COMPANY, and ALLIANZ

18                       INSURANCE) and JEFFERSON INSURANCE
                    COMPANY

19

20

21

22

23

24

25

26

27

28

Walsworth,
Franklin,
Bevins &
McCall, LLP
*ATTORNEYS AT LAW*

-2-

<u>**ORDER**</u>

Upon consideration of the parties' stipulation and request to continue the February 8, 2013 Case Management Conference, and finding that the matters to be addressed at the Case Management Conference will depend on the disposition of defendants' Motion to Dismiss, the Case Management Conference is hereby continued to _____March 29___, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: February 5, 2013

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Walsworth,
Franklin,
Bevins &
McCall, LLP
*ATTORNEYS AT LAW*

-3-
Case No.  3:12-cv-03083-MMC
JOINT STIPULATION TO CONTINUE THE FEBRUARY 8, 2013 CASE MANAGEMENT CONFERENCE;
2270615.1
3664-3.2898