IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT JEFFREY BOWEN,<br><br>    Plaintiff,<br><br>  v.<br><br>ACCESS AMERICA, et al.,<br><br>    Defendants. | No. C 12-3083 MMC<br><br>**ORDER VACATING FEBRUARY 22, 2013 HEARING ON DEFENDANTS' MOTION TO DISMISS** |

    Before the Court is AGA Service Company and Jefferson Insurance Company's (collectively, "defendants") Motion to Dismiss Plaintiff's Second Amended Complaint, filed January 14, 2013. Plaintiff has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for February 22, 2013.

    **IT IS SO ORDERED.**

Dated: February 20, 2013

MAXINE M. CHESNEY
United States District Judge