1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CLINT JEFFREY BOWEN,                    No. C 12-3083 MMC

11           Plaintiff,                      **ORDER VACATING FEBRUARY 22, 2013
                                             HEARING ON DEFENDANTS' MOTION**
12      v.                                   **TO DISMISS**

13   ACCESS AMERICA, et al.,

14           Defendants.
                                        /
15   _____

16        Before the Court is AGA Service Company and Jefferson Insurance Company's

17   (collectively, "defendants") Motion to Dismiss Plaintiff's Second Amended Complaint, filed

18   January 14, 2013.  Plaintiff has filed opposition, to which defendants have replied.  Having

19   read and considered the papers filed in support of and in opposition to the motion, the

20   Court deems the matter suitable for decision thereon, and VACATES the hearing

21   scheduled for February 22, 2013.

22        **IT IS SO ORDERED.**

23

24   Dated: February 20, 2013                _____
                                             MAXINE M. CHESNEY
25                                           United States District Judge

26

27

28

United States District Court

For the Northern District of California