IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT JEFFREY BOWEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACCESS AMERICA, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 12-3083 MMC<br><br>**SECOND ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH THE CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

　　　　On March 12, 2013, defendants electronically filed their Answer to the Second Amended Complaint. Defendants have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy.'" See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Defendants are hereby ORDERED to comply with the Civil Local Rules of this District and the Court's Standing Orders by immediately submitting a chambers copy of their Answer to the Second Amended Complaint.

　　　　The Court has previously advised defendants of their failure to comply with the Civil Local Rules of this District and the Court's Standing Orders in connection with earlier-filed documents. (See Order, filed November 27, 2012.) Such reminder appears to have had little to no effect on compelling compliance therewith.

　　　　Parties are expected to comply with court rules without repeated reminders. Accordingly, defendants are hereby advised that the Court will impose sanctions, including,

but not limited to, striking from the record any further electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  March 19, 2013

MAXINE M. CHESNEY
United States District Judge