1 LAURIE E. SHERWOOD, State Bar No. 155312
lsherwood@wfbm.com
2 ALEXANDER F. PEVZNER, State Bar No. 221606
apevzner@wfbm.com
3 WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
4 San Francisco, California 94111-2612
Telephone:    (415) 781-7072
5 Facsimile:    (415) 391-6258

6 Attorneys for Defendants
AGA SERVICE COMPANY (erroneously sued
7 as ACCESS AMERICA, MONDIAL
ASSISTANCE, WORLD ACCESS SERVICES
8 CORP., BCS INSURANCE COMPANY, and
ALLIANZ INSURANCE) and JEFFERSON
9 INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13 CLINT JEFFREY BOWEN, | Case No. 3:2012-CV-03083-MMC |
| 14 Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| 15 v. | |
| 16 ACCESS AMERICA; MONDIAL ASSISTANCE; WORLD ACCESS | |
| 17 SERVICES CORP.; BCS INSURANCE COMPANY; ALLIANZ INSURANCE; AGA | |
| 18 SERVICE COMPANY; DOES 1-100, | |
| 19 Defendants. | |

21     Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff CLINT JEFFERY

22 BOWEN and defendants AGA SERVICE COMPANY (erroneously sued as ACCESS AMERICA,

23 MONDIAL ASSISTANCE, WORLD ACCESS SERVICES CORP., BCS INSURANCE

24 COMPANY, and ALLIANZ INSURANCE) and JEFFERSON INSURANCE COMPANY, through

25 their counsel of record, hereby stipulate that this action has been settled, and that the action is

26 ///

27 ///

28 ///

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

1   dismissed in its entirety with prejudice, each party to bear its own fees and costs.

2         IT IS SO STIPULATED.

3

4   Dated:  October ___, 2013          LAW OFFICES OF JOEL H. SIEGAL

5

6                                      By: _____

7                                          JOEL H. SIEGAL
                                           Attorneys for Plaintiff
8                                          CLINT JEFFERY BOWEN

9

10  Dated:  October _21_, 2013         WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

11

12                                     By: _____

13                                         LAURIE E. SHERWOOD
                                           ALEXANDER F. PEVZNER
14                                         Attorneys for Defendants
                                           AGA SERVICE COMPANY (erroneously sued as
15                                         ACCESS AMERICA, MONDIAL ASSISTANCE,
                                           WORLD ACCESS SERVICES CORP., BCS
16                                         INSURANCE COMPANY, and ALLIANZ
                                           INSURANCE) and JEFFERSON INSURANCE
17                                         COMPANY

18

19

20                                     **ORDER**

21

22         Pursuant to the stipulation, IT IS HEREBY ORDERED that this action is dismissed with

23  prejudice.

24
    Dated:  October ___, 2013          _____
25                                         MAXINE M. CHESNEY
                                           JUDGE OF THE SUPERIOR COURT
26

27

28

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

2542862.1
3664-3.2898

1 | dismissed in its entirety with prejudice, each party to bear its own fees and costs.

2 | IT IS SO STIPULATED.

3 |

4 | Dated: October /7 2013          LAW OFFICES OF JOEL H. SIEGAL

5 |

6 | By: _____

7 | JOEL H. SIEGAL
  | Attorneys for Plaintiff

8 | CLINT JEFFERY BOWEN

9 |

10 | Dated: October ___, 2013          WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

11 |

12 | By: _____

13 | LAURIE E. SHERWOOD
   | ALEXANDER F. PEVZNER
   | Attorneys for Defendants

14 | AGA SERVICE COMPANY (erroneously sued as

15 | ACCESS AMERICA, MONDIAL ASSISTANCE,
   | WORLD ACCESS SERVICES CORP., BCS

16 | INSURANCE COMPANY, and ALLIANZ
   | INSURANCE) and JEFFERSON INSURANCE

17 | COMPANY

18 |

19 |

20 | **ORDER**

21 |

22 | Pursuant to the stipulation, IT IS HEREBY ORDERED that this action is dismissed with

23 | prejudice.

24 | Dated: October 30, 2013

25 | MAXINE M. CHESNEY
   | JUDGE OF THE SUPERIOR COURT

26 |

27 |

28 |

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612

2542862.1
3664-3.2898

-2-                     Case No. 3:2012-CV-03083-MMC
STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER