LAURIE E. SHERWOOD, State Bar No. 155312
lsherwood@wfbm.com
ALEXANDER F. PEVZNER, State Bar No. 221606
apevzner@wfbm.com
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:    (415) 781-7072
Facsimile:    (415) 391-6258

Attorneys for Defendants
AGA SERVICE COMPANY (erroneously sued
as ACCESS AMERICA, MONDIAL
ASSISTANCE, WORLD ACCESS SERVICES
CORP., BCS INSURANCE COMPANY, and
ALLIANZ INSURANCE) and JEFFERSON
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT JEFFREY BOWEN,<br><br>        Plaintiff,<br><br>      v.<br><br>ACCESS AMERICA; MONDIAL ASSISTANCE; WORLD ACCESS SERVICES CORP.; BCS INSURANCE COMPANY; ALLIANZ INSURANCE; AGA SERVICE COMPANY; DOES 1-100,<br><br>        Defendants. | Case No. 3:2012-CV-03083-MMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff CLINT JEFFERY BOWEN and defendants AGA SERVICE COMPANY (erroneously sued as ACCESS AMERICA, MONDIAL ASSISTANCE, WORLD ACCESS SERVICES CORP., BCS INSURANCE COMPANY, and ALLIANZ INSURANCE) and JEFFERSON INSURANCE COMPANY, through their counsel of record, hereby stipulate that this action has been settled, and that the action is

/ / /

/ / /

/ / /

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

1  dismissed in its entirety with prejudice, each party to bear its own fees and costs.

2       IT IS SO STIPULATED.

3

4  Dated: October ___, 2013          LAW OFFICES OF JOEL H. SIEGAL

5

6                                    By: _____

7                                         JOEL H. SIEGAL
                                          Attorneys for Plaintiff
8                                         CLINT JEFFERY BOWEN

9

10 Dated: October 21, 2013          WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

11

12                                   By: _____

13                                        LAURIE E. SHERWOOD
                                          ALEXANDER F. PENZNER
14                                        Attorneys for Defendants
                                          AGA SERVICE COMPANY (erroneously sued as
15                                        ACCESS AMERICA, MONDIAL ASSISTANCE,
                                          WORLD ACCESS SERVICES CORP., BCS
16                                        INSURANCE COMPANY, and ALLIANZ
                                          INSURANCE) and JEFFERSON INSURANCE
17                                        COMPANY

18

19

20                                        **ORDER**

21

22      Pursuant to the stipulation, IT IS HEREBY ORDERED that this action is dismissed with

23 prejudice.

24

25 Dated: October ___, 2013          _____

26                                        MAXINE M. CHESNEY
                                          JUDGE OF THE SUPERIOR COURT

27

28

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

1  dismissed in its entirety with prejudice, each party to bear its own fees and costs.

2       IT IS SO STIPULATED.

3

4  Dated: October 17, 2013                    LAW OFFICES OF JOEL H. SIEGAL

5

6                                      By:

7                                           JOEL H. SIEGAL
                                           Attorneys for Plaintiff
8                                           CLINT JEFFERY BOWEN

9

10  Dated: October ___, 2013                  WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

11

12                                     By:
                                           LAURIE E. SHERWOOD
13                                          ALEXANDER F. PEVZNER
                                           Attorneys for Defendants
14                                          AGA SERVICE COMPANY (erroneously sued as
                                           ACCESS AMERICA, MONDIAL ASSISTANCE,
15                                          WORLD ACCESS SERVICES CORP., BCS
                                           INSURANCE COMPANY, and ALLIANZ
16                                          INSURANCE) and JEFFERSON INSURANCE
                                           COMPANY
17

18

19

20                                          **ORDER**

21

22       Pursuant to the stipulation, IT IS HEREBY ORDERED that this action is dismissed with

23  prejudice.

24  Dated: October 30, 2013

25                                          MAXINE M. CHESNEY
                                           JUDGE OF THE SUPERIOR COURT
26

27

28

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612